# Attachment 1

# April 27, 2020 Self-Disclosure Letter

April 27, 2020

**_Via Hand Delivery_**

Laurie A. Stevenson
Director
Ohio EPA
Lazarus Government Center
50 W. Town St., Ste. 700
Columbus, Ohio 43215

DIRECTORS OFFICE

12 MAY 2020 AM 10:22

RECEIVED

    Re:    Utica Resource Operating LLC – Voluntary Self-Disclosure

Dear Ms. Stevenson:

    Utica Resource Operating, LLC ("Utica") hereby submits the following information in connection with Utica's voluntary self-disclosure of its noncompliance with certain state air quality permitting requirements for certain Utica oil and gas facilities located in Ohio (the "Self-Disclosure"). This voluntary Self-Disclosure is submitted pursuant to the requirements and criteria under Ohio's Audit Privilege and Immunity Law, Ohio Rev. Code §§ 3745.70 – 3745.72 (the "Act"). Summarized herein is the relevant factual information that supports Utica's Self-Disclosure and request for immunity under the Act, as well as the information required by O.R.C. § 3745.72(C).

    In January of 2020, Utica voluntarily initiated a comprehensive environmental audit of its Ohio oil and gas facilities to determine facility compliance with applicable Ohio air quality permitting requirements (the "Environmental Audit"). Utica retained an environmental consultant to assist in the Environmental Audit, which proceeded under the direction of legal counsel for Utica. The Environmental Audit included internal meetings and discussions among Utica's personnel and outside environmental consultants; a detailed collection and review of environmental records; site reconnaissance visits; and multiple communications with outside legal counsel. In early April 2020, the audit team determined that certain Utica facilities are in noncompliance with certain permit recordkeeping, reporting, monitoring, and other requirements for different durations over the last several years. The noncompliance issues are identified in more detail in the spreadsheet attached hereto as Attachment A. The information provided in Attachment A is part of an environmental audit report and is being disclosed under O.R.C. § 3745.72 in order to obtain the immunity provided in that section.

    Questions or requests for additional information should be directed to Maureen Kertes, EHS Professional at 740-516-0452.

Sincerely,

*Maureen Kertes*
Maureen Kertes
Utica Resource Operating, LLC
2167C State Route 821
Marietta, Ohio 45750

**Cole Pad**
**Permit Nos. P0118690, P0120400**

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2)<br>C.5.(c)(2)<br>C.5.(d)(2)(d)<br>C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review.<br>A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days.<br>Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided.<br>No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained.<br>First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C.5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | J001/Truck Loading<br>P001, P004/Flares<br>T001/Storage Tanks<br>P002/Dehy | P0120400 / C.1.(d)(2)&(8)<br>C.2(d)(3)&(9)<br>C.3(d)(2)&(9)<br>P0118690/C.3(d)(3) | No documentation of the manufacturer's recommendations, instructions or operating manuals for the flare were available.<br>No records were available documenting that the flare thermocouple was properly installed, calibrated, operated and maintained in accordance with the manufacturer's recommendations. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 4 | J001/Truck Loading<br>P001, P004/Flares<br>T001/Storage Tanks<br>P002/Dehy | P0120400 / C.1.(d)(3)-(6)<br>C.2.(d)(4),(5)&.(6)<br>C.3(d)(3),(4)&(5)<br>P0118690/C.3.(d)(4)-(6) | No records of periodic or annual flare inspections per manufacturer's recommendation were available | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 5 | J001/Truck Loading | P0120400 / C.1.(d)(7) | No records were available documenting leaks from condensate transfer operations. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 6 | P001, P004/Flares | P0120400 / C.2.(d) | No records of volume of gas going to the flare. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 7 | T001/Storage Tanks | P0120400 / C.3.(b)(2)<br>C.1.(d)(1)<br>C.3.(d)(1)<br>40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup.<br>No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions.<br>Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 8 tanks while 16 tanks were observed onsite.<br>No records were available for 4/1/18 to 12/31/18. | 4/1/2018 | Present | The required records will be requested.<br>The required records will be generated and maintained. | 6/1/2020 |
| 8 | P002/Dehy | P0118690 / C.3.(d)(10)<br>40 CFR Part 63 Subpart HH §63.764(e) | No GlyCalc reports using a site-specific analysis were available to demonstrate that the annual benzene emissions were < 1 TPY (0.90 Mg/Yr). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |

**Detweiler Pad**
**Permit Nos. P0112730 and P0119586**

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2)<br>C.5.(c)(2)<br>C.5.(d)(2)(d)<br>C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review.<br><br>A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days.<br><br>Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided.<br><br>No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained.<br>First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | P0119586 / C.6(b)(3)d.<br>C.6.(d)(1)a.-d. & (6)<br>40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup.<br><br>No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions.<br><br>Records for content and annual throughput for each storage vessel were available but incomplete. No records were available for 4/1/18 to 12/31/18.<br><br>No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested.<br>The required records will be generated and maintained. | 6/1/2020 |
| 4 | F002/Unpaved Roadways and Parking Areas | P0112730 / C.6(d)(3) | No daily inspection records of roadways and parking areas were available for review. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |

## Dynamite Pad
### Permit #P0117997 and #P0122240

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(c)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | J001/Truck Loading T001/12 Storage Tanks | P0122240 / C.1.(d)(1)&(2) C.2.(d)(1)&(2) C.3.(d)(9) C.4.(d)2 | No rolling 12 emissions records for the VOC content for the condensate and water tanks and truck loading were available. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 4 | J001/Truck Loading T001/12 Storage Tanks | P0122240/C.1.(d)(1) C.2.(b)(2)c. & C.2.(d)(1)&(2) C.3.(d)(9) C.4.(b)(2) & C.4.(d)(1)&(2) 40 CFR Part 60 Subpart OOOOa §60.5365a(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 9 tanks while 16 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 5 | T001/12 Storage Tanks P004, P011, P012/flares | P0122240 / C.2.(e.)(1) C.3.(e)(1) C.4.(e)(1) | No records of quarterly deviation reports were available. If no deviations (excursions) occurred during a calendar quarter, the permittee is still required to submit a report that states that no deviations (excursions) occurred during that quarter. | 4/1/2018 | Present | The required records will be generated and maintained. requested. | 6/1/2020 |
| 6 | T001/12 Storage Tanks P004, P011, P012/flares | P0122240/ C.1.(d)(2) C.2.(d)(3),(7)&(8) C.3.(d)(2)&(6) C.4.(d)(3) | No documentation of the manufacturer's recommendations, instructions, or operating manuals for the VRU and flare were available for review. No records of the continuous temperature monitor and recorder on the flare stack was installed, calibrated, operated, and maintained in accordance with the manufacturer's recommendations, instructions, and operating manual. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |

## Dynamite Pad
### Permit #P0117997 and #P0122240

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 7 | J001/Truck Loading P004, P011, P012/flares | P0122240 / C.1.(d)(3)-(5) C.3.(d)(4),(5)&(7) | No records of periodic or annual flare inspections per manufacturer's recommendation were available | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 8 | P002/Engines | P0117997 / C.2.(d)(1) 40 CFR Part 60 Subpart JJJJ §60.4243(a) | No JJJJ manufacturer certification documents were available for the backup NG VRC engine (Zenith, Manuf. date 12/2016), maintenance plan or maintenance records were available. | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |

## Garvin Pad
### Permits #P0115458 & #P0119583

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(c)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C.5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | P0119583 / C.6.(b)(3)d. C.6.(d)(1)a.-d. & (6) 40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 3 tanks while 6 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |

Mason Pad
Permit #P0119760

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(c)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | C.6.(b)(2)d. C.6.(d)(1) & (6) 40 CFR Part 60 Subpart OOOOa §60.5365a(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 2 tanks while 8 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |

## Miley Pad
### Permit #P0120524

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(e)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | C.6.(b)(2)d. C.6.(d)(1)a.-d. & (6) 40 CFR Part 60 Subpart OOOOa §60.5365a(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 2 tanks while 6 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |

## Neff Pad
## Permit #P0121731

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(c)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of discovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | P002/Engines | C.2.(d)(1) 40 CFR Part 60 Subpart JJJJ §60.4243(e) | No NSPS JJJJ manufacturer certification document, maintenance plan, or maintenance records were available for the unit found onsite (Zenith, Manuf. date 02/2014). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 4 | T001/Storage Tanks | C.6.(b)(2) C.6.(d)(1) C.6.(d)(6) 40 CFR Part 60 Subpart OOOOa §60.5365a(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 2 tanks while 4 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |

**Neill Pad**
**Permit #P0119582**

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2)<br>C.5.(c)(2)<br>C.5.(d)(2)(d)<br>C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review.<br>A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days.<br>Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided.<br>No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of discovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | C.6.(b)(2)<br>C.6.(d)(1)<br>C.6.(d)(6)<br>40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup.<br>No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions.<br>Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 1 tank while 4 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18.<br>No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested.<br>The required records will be generated and maintained. | 6/1/2020 |

Palmer Pad
Permit #P0117465

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(c)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | C.6.(b)(2) C.6.(d)(1) C.6.(d)(6) 40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 4 tanks while 6 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |

**Stiers Pad**
**Permit #P0119584**

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2)<br>C.5.(e)(2)<br>C.5.(d)(2)(d)<br>C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of disovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C. 5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | T001/Storage Tanks | C.6.(b)(2)<br>C.6.(d)(1)<br>C.6.(d)(6)<br>40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 5 tanks while 10 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |

**Onega Comissioners Pad**
Permit #P0119585

| Finding Number | Unit / Equipment | Permit Condition / Citation(s) | Finding Description | Finding Start Date | Finding End Date | Corrective Action Plan | Target Completion Date |
|---|---|---|---|---|---|---|---|
| 1 | F001/Equipment Leaks | C.5.(d)(2) C.5.(c)(2) C.5.(d)(2)(d) C.5.(d)(2)(c) | A site-specific fugitive ancillary equipment LDAR program was not available for review. A first attempt to repair found leaks were not conducted within five (5) days. Generally it appears the records show first attempt to repair the leak was within 30 days. Specific detailed reports for the Q2 2018 inspections were not available, however, site photos and videos for these inspections were provided. No records were available documenting the FLIR camera was operated and maintained according to the manufacturer's O&M instructions. | 4/1/2018 | Present | The required records will be generated and maintained. First attempt repairs are now being made on the date of discovery and will be documented. | 6/1/2020 |
| 2 | Pneumatic Controllers | C.5.(d)(1) | No records for the natural gas pneumatic controllers were available to document the date of installation or reconstruction, location and/or equipment each controller is servicing and manufacturer's design specification (including bleed rate). | 4/1/2018 | Present | The required records will be generated and maintained. | 6/1/2020 |
| 3 | P002/Engines | C. 2. (d) - (g) 40 CFR Part 60 Subpart JJJJ §60.4243(a) 40 CFR Part 63 Subpart ZZZZ §63.6585 | No testing, notifications, recordkeeping, and/or reporting were available to demonstrate compliance with Subpart JJJJ or MACT ZZZZ. | 4/1/2018 | Present | The required records will be generated and maintained. Any required testing will be conducted. | 6/1/2020 |
| 4 | T001/Storage Tanks | C.6.(b)(2) C.6.(d)(1) C.6.(d)|(5) C.6.(d)(6) 40 CFR Part 60 Subpart OOOO §60.5365(e) | No records of determination of storage vessel emissions using the max average daily throughput for first 30 days after startup. No records of lab analysis, calculations, or process simulation models were available documenting the annual working, breathing and flash emissions. Records for content and annual throughput for each storage vessel were available but incomplete. Data only included 7 tanks while 8 tanks were observed onsite. No records were available for 4/1/18 to 12/31/18. No records documenting the maximum monthly potential VOC emissions were available. | 4/1/2018 | Present | The required records will be requested. The required records will be generated and maintained. | 6/1/2020 |