# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America, )
*Plaintiff* )
)  Civil Action No.  2:22-cv-3906
)
Utica Resource Operating, LLC )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Pursuant to the Consent filed 4/3/2023 – This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  4/3/2023

CLERK OF COURT

*(signature)*
Signature of Clerk or Deputy Clerk